IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | NO.  01-457-02 |
| v. | : | |
| | : | CIVIL ACTION |
| KEITH WATERS | : | NO.  08-4531 |

### O R D E R

**AND NOW**, this 15th day of June, 2009, upon consideration of Keith Water's *pro se* Motion to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody pursuant to 28 U.S.C. § 2255 (Document No. 601, filed September 17, 2008); United States of America's Response in Opposition to Defendant's Section 2255 Petition (Document No. 625, filed January 2, 2009); Waters's counseled Reply to the Government's Response to the *Pro Se* Motion of Keith Waters under 28 U.S.C. § 2255 (Document No. 631, filed March 13, 2009); United States of America's Sur-Response in Opposition to Defendant's Section 2255 Petition (Document No. 634, filed April 14, 2009); the Hearing on Argument D in the Motion held on May 27, 2009 and June 1, 2009; and oral argument on all of the issues raised in the Motion on June 1, 2009, **IT IS ORDERED** that, for the reasons stated in the Court's Memorandum of June 15, 2009, Keith Waters's Motion to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody pursuant to 28 U.S.C. § 2255 is **DENIED**.

**IT IS FURTHERED ORDERED** that a certificate of appealability will not issue on the ground that petitioner has not made a substantial showing of a denial of a constitutional right as required under 28 U.S.C. § 2253(c)(2).

BY THE COURT:

 /s/ Hon. Jan E. DuBois
**JAN E. DUBOIS, J.**