IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | **CRIMINAL ACTION** |
| v. : | |
| : | **01-457-2** |
| **KEITH WATERS** : | |

## ORDER

**AND NOW**, this 24th day of October, 2024, upon consideration of Defendant Keith Waters' Pro Se Emergency Motion Under § 3582(c)(2), Amendment 706, 750, 782, Fair Sentencing Act § 404, Also Appointment of Counsel (ECF Nos. 1047, 1048), and the Government's Response thereto wherein the Government has agreed to Defendant's request for relief, it is hereby **ORDERED** that the Motion is **GRANTED**, the sentence imposed on Keith Waters on October 28, 2005 is **VACATED**, and Waters is **RESENTENCED** to a term of 325 months' imprisonment on the within offense, followed by a period of 8 years of supervised release under the terms and conditions originally outlined in the previous sentencing order.

**IT IS FURTHER ORDERED** that prior to Defendant's release from the custody of the Bureau of Prisons, Defendant will be required to submit an appropriate release plan for approval by the United States Probation Office. All other conditions of his supervised release shall remain the same.

BY THE COURT:

*/s/ Mitchell S. Goldberg*
_____
**Mitchell S. Goldberg,    J.**